STATE OF MISSOURI, Appellant, v. J. D. LAWSON, Respondent.

Springfield Court of Appeals, May 2, 1910.

CRIMINAL LAW: Misdemeanors: State Cannot Appeal From Order Sustaining Plea in Abatement. The State has no right to appeal from an order of the trial court sustaining a plea in abatement to an indictment charging defendant with a misdemeanor.

Appeal from Jasper Circuit Court.—*Hon. Henry L. Bright,* Judge.

AFFIRMED.

*Elliott W. Major,* Attorney-General, *Chas. G. Revelle* and *James T. Blair,* Assistant Attorneys-General, for appellant.

*M. R. Lively* for respondent.

GRAY, J.—On the 13th day of November, 1908, the grand jury of Jasper county, returned an indictment against the defendant charging him with a misdemeanor. The defendant filed a plea in abatement, which was sustained by the court, and from which the defendant appealed to the Supreme Court. The Attorney-General filed a motion in the Supreme Court to transfer the cause to this court, and the motion was sustained, and the cause is here on such transfer.

In State of Missouri v. Donahue, 124 S. W. 42, we held that the State has no right to appeal from an order sustaining a plea in abatement. In so deciding we followed the decision of the Supreme Court in State v. Craig, 122 S. W. 1006. The judgment of the trial court will be affirmed. All concur.